**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-6342**

————————————

ADRIAN DOBBS,

                                        Plaintiff - Appellant,

        versus

RICK OLSEN, Director of Medical; CHARLES
DAVIS, PID #4, Captain/Division Commander of
Core; J. COLE, PID #36, Sergeant/Property; W.
STAZEVSKI, Nurse, LPN/Medical Assistant; K.
MOORE, PID #23, Lieutenant/Housing Unit
Manager,

                                        Defendants - Appellees.

————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1707)

————————————

Submitted: July 25, 2002        Decided: July 31, 2002

————————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Adrian Dobbs, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adrian Dobbs seeks to appeal the district court's order denying his 42 U.S.C.A. § 1983 (West Supp. 2002) action. We dismiss the appeal for lack of jurisdiction because Dobbs' notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 30, 2001. Dobbs's gave his notice of appeal to prison officials no earlier than February 15, 2002. See Houston v. Lack, 487 U.S. 266 (1988). Because Dobbs failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2